## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: BOWEN, JASON G.             Case No. 08-12337
                                                       Chapter 7
                     Debtor

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 01/15/2010 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 North Ottawa Street
Joliet, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed: 12/07/2009      By:  /s/BRADLEY J. WALLER
Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178

**UST Form 101-7-NFR (9/1/2009)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: BOWEN, JASON G.  
                                                                    Case No. 08-12337  
                                                                    Chapter   7

_____,  
Debtor

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $      6,002.60 |
| *and approved disbursements of* | $         250.00 |
| *leaving a balance on hand of* [1] | $      5,752.60 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                        *Proposed Payment*  
                                    N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | BRADLEY J. WALLER | $ 1,350.26 | $ 73.50 |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                        *Fees*                        *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

*Attorney for debtor* _____  $ _____  $ _____
*Attorney for* _____  $ _____  $ _____
*Accountant for* _____  $ _____  $ _____
*Appraiser for* _____  $ _____  $ _____
*Other* _____  $ _____  $ _____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $29,570.07 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 2P | Illinois Department of Revenue | $1,749.00 | $256.04 |
| 4P | Internal Revenue Service | $27,821.07 | $4,072.80 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 45,424.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Advanta Bank Corp | $18,181.18 | $0.00 |
| 2U | Illinois Department of Revenue | $681.00 | $0.00 |
| 3-2 | CHASE BANK USA, NA | $1,956.40 | $0.00 |
| 4U | Internal Revenue Service | $9,917.60 | $0.00 |
| 5 | Discover Bank/DFS Services LLC | $2,351.21 | $0.00 |
| 6 | Sallie Mae | $2,419.80 | $0.00 |
| 7U | Internal Revenue Service | $9,917.60 | $0.00 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                           Allowed Amt. of Claim    Proposed Payment*
N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                           Allowed Amt. of Claim    Proposed Payment*
N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/BRADLEY J. WALLER
Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF SERVICE

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

```
District/off: 0752-1          User: bchavez             Page 1 of 1              Date Rcvd: Jul 15, 2008
Case: 08-12337                Form ID: ntcftfc7         Total Served: 24
```

The following entities were served by first class mail on Jul 17, 2008.
```
db              +Jason G. Bowen,    24208 Cedar Creek Lane,    Plainfield, IL 60586-2157
aty             +Kelly Smith,    Law Offices of Stuart B. Handelman, P.C.,    332 S. Michigan Avenue,    Suite 1020,
                  Chicago, IL 60604-4323
tr              +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
                  Sycamore, IL 60178-3140
12237158        +AT&T Bankruptcy Dept.,    Attn: Linda Adams,    6021 S. Rio Grande Ave, 1st Fl,
                  Orlando, FL 32809-4613
12237155         Advanta Bank Corp.,    P.O. Box 30715,    Salt Lake City, UT 84130-0715
12237156         American Family Insurance Group,    P.O. Box 1246,    Minneapolis, MN 55440-1246
12237157        +Andrea Bowen,    24208 Cedar Creek Lane,    Plainfield, IL 60586-2157
12237159        +Carquest,    c/o PFG of Minnesota,    7825 Washington Avenue S, Suite 310,
                  Minneapolis, MN 55439-2424
12237161        +Discover Card,    P.O. Box 15316,    Wilmington, DE 19886-5316
12237162         Goodyear,    c/o RMS, Inc.,    P.O. Box 818,    Lombard, IL 60148-0818
12237163        +Illinois Department of Revenue,    Bankruptcy Section Level 7-425,    100 W. Randolph Street,
                  Chicago, IL 60601-3218
12237165        +Nicor Gas,    c/o NCO Financial Systems, Inc.,    507 Prudential Road,    Horsham, PA 19044-2308
12237167         Nissan Motor Acceptance Corp.,    P.O. Box 660366,    Dallas, TX 75266-0366
12237171       ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
                (address filed with court: Snap-On Credit, LLC.,     950 Technology Way,    Suite 301,
                  Libertyville, IL 60048)
12237169         Sallie Mae Servicing Corp.,    P.O. Box 9500,    Wilkes-Barre, PA 18773-9500
12237170        +Sluiter Auto Parts,    15 W. 168th Street,    South Holland, IL 60473-2838
12237172        +Taylor, Bean & Whitaker,    1417 N. Magnolia Avenue,    Ocala, FL 34475-9078
12237173        +U.S. Atty for Northern Dist IL,    For Sallie Mae),    219 S. Dearborn Street, 5th Fl,
                  Chicago, IL 60604-2029
12237168         Waste Management of IL - SW,    c/o RMS, Inc.,    P.O. Box 818,    Lombard, IL 60148-0818
12237174         Waste Management of IL - SW,    2100 Moen Avenue,    Rockdale, IL 60436-9057
12237175        +Wells Fargo Bank, N.A.,    Business Direct Collections,    3033 Elder Street, 3rd Floor,
                  Boise, ID 83705-4708
```

The following entities were served by electronic transmission on Jul 16, 2008.
```
12237160        +EDI: CHASE.COM Jul 16 2008 02:58:00       Chase,    800 Brooksedge Blvd.,
                  Westerville, OH 43081-2822
12237164         EDI: IRS.COM Jul 16 2008 02:58:00       Internal Revenue Service,
                  Centralized Insolvency Operations,    P.O. Box 21126,    Philadelphia, PA 19114
12237166         E-mail/Text: bankrup@nicor.com                            Nicor Gas,    P.O. Box 2020,
                  Aurora, IL 60507-2020
                                                                                              TOTAL: 3
```

```
                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 17, 2008              Signature:    _Joseph Speetjens_