# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: BOWEN, JASON G.                                             Case No. 08-12337
                                                                   Chapter   7
_____,
                    Debtor

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $255,091.20                Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,328.84    Claims Discharged
                                              Without Payment: $70,666.02

Total Expenses of Administration: $1,673.76

---

3) Total gross receipts of $ 6,002.60 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,002.60 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,423.76 | 1,673.76 | 1,673.76 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 57,391.14 | 29,570.07 | 4,328.84 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 47,381.19 | 45,424.79 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $106,196.09 | $76,668.62 | $6,002.60 |

    4) This case was originally filed under Chapter 7 on May 15, 2008. The case was pending for 35 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/05/2011          By: /s/BRADLEY J. WALLER
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PREFERENCE ACTION | 1241-000 | 6,000.00 |
| Interest Income | 1270-000 | 2.60 |
| **TOTAL GROSS RECEIPTS** | | **$6,002.60** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | None | | | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | 2100-000 | N/A | 1,350.26 | 1,350.26 | 1,350.26 |
| BRADLEY J. WALLER | 2200-000 | N/A | 73.50 | 73.50 | 73.50 |
| U.S. Bankruptcy Clerk | 2700-000 | N/A | 0.00 | 250.00 | 250.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,423.76 | 1,673.76 | 1,673.76 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Illinois Department of Revenue | 5800-000 | N/A | 1,749.00 | 1,749.00 | 256.04 |
| 4P | Internal Revenue Service | 5800-000 | N/A | 27,821.07 | 27,821.07 | 4,072.80 |
| 7P | Internal Revenue Service | 5800-000 | N/A | 27,821.07 | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 57,391.14 | 29,570.07 | 4,328.84 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Advanta Bank Corp | 7100-000 | N/A | 18,181.18 | 18,181.18 | 0.00 |
| 2U | Illinois Department of Revenue | 7100-000 | N/A | 681.00 | 681.00 | 0.00 |
| 3 | CHASE BANK USA, NA | 7100-000 | N/A | 1,956.40 | 0.00 | 0.00 |
| 3 -2 | CHASE BANK USA, NA | 7100-000 | N/A | 1,956.40 | 1,956.40 | 0.00 |
| 4U | Internal Revenue Service | 7100-000 | N/A | 9,917.60 | 9,917.60 | 0.00 |
| 5 | Discover Bank/DFS Services LLC | 7100-000 | N/A | 2,351.21 | 2,351.21 | 0.00 |
| 6 | Sallie Mae | 7100-000 | N/A | 2,419.80 | 2,419.80 | 0.00 |
| 7U | Internal Revenue Service | 7100-000 | N/A | 9,917.60 | 9,917.60 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | 0.00 | 47,381.19 | 45,424.79 | 0.00 |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-12337  
**Case Name:** BOWEN, JASON G.  

**Period Ending:** 04/05/11

**Trustee:** (330500) BRADLEY J. WALLER  
**Filed (f) or Converted (c):** 05/15/08 (f)  
**§341(a) Meeting Date:** 06/09/08  
**Claims Bar Date:** 10/14/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RESIDENCE | 240,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | HARRIS BANK CHECKING ACCOUNT | 800.00 | 0.00 | DA | 0.00 | FA |
| 3 | E-TRADE ACCOUNT | 2,400.00 | 0.00 | DA | 0.00 | FA |
| 4 | HOUSEHOLD GOODS | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | CLOTHING | 100.00 | 0.00 | DA | 0.00 | FA |
| 6 | TERM LIFE INSURANCE THROUGH NW MUTUAL | 0.00 | 0.00 | DA | 0.00 | FA |
| 7 | 28 SHARES OF WALGREEN STOCK @ $35.40 EACH | 991.20 | 0.00 | DA | 0.00 | FA |
| 8 | 2006 NISSAN ALTIMA, 22,000 MILES | 10,300.00 | 0.00 | DA | 0.00 | FA |
| 9 | PREFERENCE ACTION  (u) | Unknown | 6,000.00 | | 6,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 2.60 | FA |
| 10 | Assets    Totals (Excluding unknown values) | **$255,091.20** | **$6,000.00** | | **$6,002.60** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 31, 2009      **Current Projected Date Of Final Report (TFR):**    December 10, 2009  (Actual)

Case 08-12337    Doc 34    Filed 04/05/11    Entered 04/05/11 10:57:01    Desc Main
Document    Page 6 of 8

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 08-12337  
**Case Name:** BOWEN, JASON G.  

**Taxpayer ID #:** **-***0572  
**Period Ending:** 04/05/11  

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****56-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/24/08 | {9} | Greg Meisenbach | Preference Action | 1241-000 | 6,000.00 | | 6,000.00 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.04 | | 6,000.04 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 6,000.46 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.24 | | 6,000.70 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.22 | | 6,000.92 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.26 | | 6,001.18 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.24 | | 6,001.42 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.23 | | 6,001.65 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.26 | | 6,001.91 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.25 | | 6,002.16 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.25 | | 6,002.41 |
| 09/25/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.19 | | 6,002.60 |
| 09/25/09 | | To Account #********5666 | | 9999-000 | | 6,002.60 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 6,002.60 | 6,002.60 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 6,002.60 | |
| | | | **Subtotal** | | 6,002.60 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,002.60** | **$0.00** | |

{} Asset reference(s)

Printed: 04/05/2011 10:31 AM    V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 08-12337  **Trustee:** BRADLEY J. WALLER (330500)
**Case Name:** BOWEN, JASON G.  **Bank Name:** JPMORGAN CHASE BANK, N.A.
 **Account:** ***-*****56-66 - Checking Account
**Taxpayer ID #:** **-***0572  **Blanket Bond:** $5,000,000.00 (per case limit)
**Period Ending:** 04/05/11  **Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/25/09 | | From Account #********5665 | | 9999-000 | 6,002.60 | | 6,002.60 |
| 12/07/09 | 101 | U.S. Bankruptcy Clerk | Adversary Filing Fee - 08-00759 | 2700-000 | | 250.00 | 5,752.60 |
| 01/15/10 | 102 | BRADLEY J. WALLER | Dividend paid 100.00% on $73.50, Trustee Expenses; Reference: | 2200-000 | | 73.50 | 5,679.10 |
| 01/15/10 | 103 | BRADLEY J. WALLER | Dividend paid 100.00% on $1,350.26, Trustee Compensation; Reference: | 2100-000 | | 1,350.26 | 4,328.84 |
| 01/15/10 | 104 | Illinois Department of Revenue | Dividend paid 14.63% on $1,749.00; Claim# 2P; Filed: $1,749.00; Reference: | 5800-000 | | 256.04 | 4,072.80 |
| 01/15/10 | 105 | Internal Revenue Service | Dividend paid 14.63% on $27,821.07; Claim# 4P; Filed: $27,821.07; Reference: | 5800-000 | | 4,072.80 | 0.00 |
| | | | ACCOUNT TOTALS | | 6,002.60 | 6,002.60 | $0.00 |
| | | | Less: Bank Transfers | | 6,002.60 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **6,002.60** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$6,002.60** | |

{} Asset reference(s)  Printed: 04/05/2011 10:31 AM  V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 08-12337  
**Case Name:** BOWEN, JASON G.  
**Taxpayer ID #:** **-***0572  
**Period Ending:** 04/05/11

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******56-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****56-65** | 6,002.60 | 0.00 | 0.00 |
| **Checking # ***-*****56-66** | 0.00 | 6,002.60 | 0.00 |
| **Checking # 9200-******56-66** | 0.00 | 0.00 | 0.00 |
| | **$6,002.60** | **$6,002.60** | **$0.00** |

{} Asset reference(s)

Printed: 04/05/2011 10:31 AM    V.12.56